## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: JUDGE GARAUFIS          MAY 17, 2005 @ 10:30 AM

USA V. WILSON, et al.

CR 04-1016 (NGG)
COURTROOM DEPUTY: JOSEPH RECCOPPA
COURT REPORTER: Kelly Silverman

| DEFENDANTS | ATTORNEYS |
|---|---|
| 1. RONELL WILSON | MITCH DINNERSTEIN<br>KELLY SHARKEY<br>EPHRAIM SAVITT |
| Present (IN CUSTODY) | Present |
| 2. MICHAEL WHITTEN | ANTHONY RICCO<br>EDWARD WILFORD |
| Present (IN CUSTODY) | Present |
| 3. PARIS BULLOCK | STUART RUBIN |
| Present (IN CUSTODY) | Present |
| 4. ANGEL RODRIGUEZ | STUART GROSSMAN |
| Not Present (IN CUSTODY) | Present |
| 5. JAMAL BROWN | JAVIER SOLANO |
| Present (IN CUSTODY) | Present |

AUSA: COLLEEN KAVANAGH          Present
      JACK SMITH

OTHER: Motions: August 5, 2005
Response: September 2, 2005
Reply: September 13, 2005
Oral Argument: September 16, 2005 at 11:30 AM
Status Conference is scheduled for Friday, July 22, 2005 at 12:30 PM.