<u>CRIMINAL CAUSE FOR PLEADING</u>

BEFORE: U.S.D.J. <u>GARAUFIS</u> DATE: <u>12/1/05</u> TIME: <u>2:30 PM</u>

DOCKET NUMBER: <u>CR 04-1016</u>     TITLE: <u>USA -WILSON, et al.</u>

DEFT. NAME <u>JAMAL BROWN</u>                    DFT. #: ___
       X PRESENT, __NOT PRESENT, X IN CUSTODY, X ON BAIL

       ATTY FOR DEFT.  JAVIER SOLANO            __ CJA
                X PRESENT, __NOT PRESENT        __ RET
                                                __ PDA

DEFT. NAME_____ DFT. _____
    __ PRESENT, ___ NOT PRESENT, ___ IN CUSTODY, _ ON BAIL

       ATTY FOR DEFT.:                          __ CJA
         __ _ PRESENT,     _____ NOT PRESENT    __ RET
                                                __ PDA

DEFT. NAME:_____DFT. #:_____
       __PRESENT, __NOT PRESENT, __IN CUSTODY __ON BAIL

       ATTY FOR DEFT.:                          __CJA
                __PRESENT, __NOT PRESENT        __RET
                                                __PDA

<u>AUSA: COLLEEN KAVANAGH</u>            DEPUTY CLERK:<u>J. RECCOPPA</u>
     JACK SMITH
COURT REPORTER(S) OR ESR OPERATOR: _____

INTERPRETER(S): _____ OTHER: _____
      Docket clerks: Enter all information under KCE, then
                     enter other vital event names as needed.
X___ CASE CALLED.  KCE
X___ DEFT(S) Brown ENTERS {KPL} OF <GUILTY TO
     COUNT(S) 1 + 17 OF THE (SUPERSEDING) INDICTMENT INFORMATION
     {GPL}> OR <NOT GUILTY TO ALL CHARGES. {NGPL}> OR <NOLO
     CONTENDERE. {NOLOPL}
✓___ COURT FINDS FACTUAL BASIS FOR THE PLEA
X___ SENTENCE DATE FOR JAMAL BROWN   IS FRIDAY, APRIL 7, 2006 @ 11:00 AM