<u>CRIMINAL CAUSE FOR SENTENCING</u>

BEFORE JUDGE: <u>GARAUFIS</u>   DATE: <u>8/2/06</u>   TIME: <u>1:30 PM</u>

DOCKET NUMBER: <u>04-CR-1016</u>   TITLE: <u>USA - BROWN</u>

DEFT. NAME <u>JAMAL BROWN</u>   DFT. #: <u>    X    </u>
_X_ PRESENT, ___NOT PRESENT, X CUSTODY ___ON BAIL

ATTY FOR DEFT.: <u>JAVIER SOLANO</u>

X PRESENT, __NOT PRESENT __RET
__PDA
DEFT. NAME: _____ DFT. #: _____
___PRESENT, __NOT PRESENT, __IN CUSTODY, __ON BAIL

ATTY FOR DEFT.: _____ __CJA
__PRESENT, __NOT PRESENT __RET
DEFT. NAME: _____ __ IN CUSTODY __PDA
ATTY FOR DEFT. _____ __ NOT PRESENT

A.U.S.A.: <u>COLLEEN KAVANAGH</u>

DEPUTY CLERK: <u>JOSEPH RECCOPPA</u>

COURT REPORTER(S) OR ESR OPERATOR: <u>BURT SULZER</u>

INTERPRETER(S): _____   OTHER: _____

Docket clerks: Enter all information under KCE, then enter other vital event names as needed.

OTHER: _[signature]_____