UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

      - against -                         <u>ORDER TO SHOW CAUSE</u>

JAMAL BROWN,                       04-CR-1016 (NGG)

                   Defendant.
-------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

     The government is ordered to show cause in writing on or before April 11, 2008 why the

court should not, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as amended

effective March 3, 2008), file on May 2, 2008 an amended judgment reducing the defendant's

term of imprisonment.

     Javier A. Solano is hereby appointed pursuant to the Criminal Justice Act to represent the

defendant in this matter. Any response to the government's submission shall be filed on or before

April 22, 2008. Any reply by the government shall be filed on or before April 28, 2008.

     At the U.S. Sentencing Commission's "Crack Summit" on January 18, 2008, the Bureau

of Prisons ("BOP") requested that sentences of time served plus ten days be imposed instead of

time served, in order to give the BOP time to complete its exit procedures for each inmate. The

Government is respectfully directed to inform the BOP that the court is considering modifying

the defendant's sentence to time served. The Government is requested to advise the BOP that the

court is not inclined to delay the defendant's release in order to facilitate the BOP's exit

procedures, and suggests that the BOP perform its exit procedures in advance to the extent that it is able to do so.

SO ORDERED.

Dated: February 11, 2008
     Brooklyn, New York

                                     /s Nicholas G. Garaufis
                                     NICHOLAS G. GARAUFIS
                                     United States District Judge